Laurence Sandell (SBN 262186)
lsandell@meimark.com
Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-117

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for
UNIFIED PATENTS, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE COURTHOUSE**

| | |
|---|---|
| **Unified Patents, LLC,** | Case No. 5:22-mc-80270 |
| Plaintiff, | **UNIFIED PATENTS, LLC'S NOTICE OF WITHDRAWAL OF MOTION TO QUASH SUBPOENAS ISSUED BY TEXTILE COMPUTER SYSTEMS, INC.** |
| vs. | |
| **TEXTILE COMPUTER SYSTEMS, INC.,** | |
| | Date Action Filed: October 10, 2022 |
| Defendants. | |

COMES NOW Unified Patents, LLC ("Unified"), by and through its attorneys, Mei & Mark LLP, and for its Notice of Withdrawal of Motion to Quash Subpoenas Issued by Textile Computer Systems, Inc. ("Textile") to Unified and states:

1. Unified was served eight (8) substantially identical Subpoenas by Textile Computer Systems, Inc. ("Textile") in connection with the following related lawsuits brought by Textile in the Western District of Texas:

   a. *Textile Computer Systems, Inc. v. Broadway National Bank d/b/a Broadway Bank,* 6:21-cv-1050-ADA (W.D. Tex. Oct 12, 2021),

   b. *Textile Computer Systems, Inc. v. Charles Schwab Bank*, 6:21-cv-1051-ADA (W.D. Tex. Oct 12, 2021),

   c. *Textile Computer Systems, Inc. v. Comerica Bank*, 6:21-cv-1052-ADA (W.D. Tex. Oct 12, 2021),

   d. *Textile Computer Systems, Inc. v. Frost Bank*, 6:21-cv-1053-ADA (W.D. Tex. Oct 12, 2021),

   e. *Textile Computer Systems, Inc. v. Independent Bank*, 6:21-cv-1054-ADA (W.D. Tex. Oct 12, 2021),

   f. *Textile Computer Systems, Inc. v. Southside Bank*, 6:21-cv-1056-ADA (W.D. Tex. Oct 12, 2021),

   g. *Textile Computer Systems, Inc. v. Texas Capital Bank*, 6:21-cv-1057-ADA (W.D. Tex. Oct 12, 2021),

   h. *Textile Computer Systems, Inc. v. Vantage Bank Texas*, 6:21-cv-1058-ADA (W.D. Tex. Oct 12, 2021),

2. Counsel for Unified filed a Motion to Quash the Subpoenas issued by Textile to Unified in this Court on October 10, 2022. Dkt. No. 1.

3. On October 19, 2022, the U.S. District Court for the Western District of Texas ordered "Unified to file a motion to quash in [that] Court by 12:00pm Friday, October 21, 2022." Dkt. No. 8 at Attach. A. (Dkt. 84 in Case 6:21-cv-01050-ADA at p.3).

4. Unified will comply with the Order of the U.S. District Court for the Western District

of Texas, and wishes to avoid duplicative proceedings.

5. Accordingly, counsel for Unified hereby withdraws the Motion to Quash the Subpoenas issued by Textile to Unified.

Dated: October 21, 2022

Respectfully submitted,

/s/ *Laurence M. Sandell*
Laurence Sandell (SBN 262186)
lsandell@meimark.com
Lei Mei (SBN 240104)
mei@meimark.com
MEI & MARK LLP
P.O. Box 65981
Washington, DC 20035-5981
Telephone: 888-860-5678
Facsimile: 888-706-1173

Manni Li (SBN 273984)
mli@meimark.com
Mei & Mark LLP
433 North Camden Drive, Suite 400
Beverly Hills, CA 90210
Telephone: 888-860-5678 ext. 713
Facsimile: 310-564-2769

Attorneys for
UNIFIED PATENTS, LLC